Coös,
June 26, 1909.

## FIDELITY AND DEPOSIT CO. *v.* BUCKLEY.

BILL IN EQUITY, praying for the specific performance of an agreement to mortgage real estate. Transferred from the December term, 1908, of the superior court by *Pike*, J.

*Daniel J. Daley* and *Herbert I. Goss*, for the plaintiffs.

*Rich & Marble* and *Edmund Sullivan*, for the defendant.

WALKER, J.   This is a bill in equity for the specific perform-
ance of an agreement to mortgage real estate.   The court dis-
missed the bill and transferred the question whether there was
error of law in so doing.   The title to the land in question is in
the defendant's wife, who is not a party to this proceeding.
Before she acquired her title the land was attached upon this bill
in equity as the property of the defendant, who then had a record
title.   So far as appears from the case, his wife took her title sub-
ject to the attachment and is entitled to preserve it by satisfying
the plaintiff's claim for damages by the defendant's alleged breach
of his contract.   Upon the present state of facts, a decree for
specific performance would not be equitable.

*Case discharged.*

All concurred.